# United States District Court
# For The Western District of North Carolina
# Statesville Division

WILLIAM C. BARTHOLF,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:04CV45

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006, Order.

                                             Signed: August 4, 2006

                                             Frank G. Johns, Clerk
                                             United States District Court